# CLOSED

Case Number: 3:04CV-1381-L

Date: 1 / 27 / 06

TRIAL:   YES _____   NO ✓

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOSEPH P. VALLEY, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 3:04-CV-1381-L |
| | § | |
| TEXAS INSTRUMENTS, INCORPORATED, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Pursuant to the magistrate judge's order of January 18, 2006 stating that this case has settled, the parties are **directed** to file the necessary dismissal papers (a stipulation of dismissal and an agreed order) with the United States District Clerk's Office by **February 27, 2006**. There appears to be no further reason at this time to maintain this case as an open file for statistical purposes, and the court determines that it should be and is hereby administratively closed. The United States District Clerk is therefore instructed to submit JS-6 form to the Administrative Office, thereby removing this case from the statistical records. Nothing in this order shall be considered a dismissal or disposition of this case, and, should further proceedings in it become necessary or desirable, any party or the court may initiate such further proceedings in the same manner as if this order had not been entered.

**It is so ordered** this 27th day of January, 2006.

_Sam A. Lindsay_
Sam A. Lindsay
United States District Judge

Order - Solo Page